UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD JERMAINE JACKSON,
No. 22096-041,

        Petitioner,

    v.

S. RUDOLPH,

        Respondent.

Case No. 26-cv-482-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ronald Jermaine Jackson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice, and that judgment is entered in favor of respondent S. Rudolph and against petitioner Ronald Jermaine Jackson.

**DATED:  May 14, 2026**

**MONICA A. STUMP, Clerk of Court**

_____
**Deputy Clerk**

**Approved:**  _____
**J. PHIL GILBERT**
**DISTRICT JUDGE**